UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

KAINTE HICKEY,

        Plaintiff,

v.

UNKNOWN STUMP et al.,

        Defendants.
_____/

Case No. 1:22-cv-865

Honorable Sally J. Berens

## ORDER FOR PARTIAL DISMISSAL

In accordance with the opinion filed this date:

**IT IS ORDERED** that Plaintiff's complaint against Defendants Jones, Normington, Ritter, and Fox be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c).

**IT IS FURTHER ORDERED** that the following claims against the remaining Defendants be **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief may be granted under 28 U.S.C. § 1915A and 42 U.S.C. § 1997e(c): (1) Plaintiff's request for declaratory relief; (2) Plaintiff's official capacity claims; (3) Plaintiff's Fourth Amendment claim; (4) Plaintiff's Eighth Amendment claims concerning issues with his meal trays and temporary placement on food loaf; (5) Plaintiff's Eighth Amendment claims concerning his placement in segregation; and (6) Plaintiff's Fourteenth Amendment due process claims concerning the deprivation of his property and the issuance of a false misconduct.

Dated:  October 21, 2022                        /s/ Sally J. Berens
                                                                  SALLY J. BERENS
                                                                  U.S. Magistrate Judge