UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

KAINTE HICKEY,

            Plaintiff,

v.

UNKNOWN STUMP et al.,

            Defendants.

_____/

Case No. 1:22-cv-865

Honorable Sally J. Berens

**JUDGMENT**

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's order.

Dated:   November 9, 2023

/s/ Sally J. Berens
SALLY J. BERENS
United States Magistrate Judge